

FILED

07/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0224

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0224

North Star Development, LLC
Plaintiff/Petitioner and Appellant

vs.

Montana Public Service Commission
and Montana Consumer Counsel
Defendant/Respondent/Intervenor and Appellees.

## ORDER ALLOWING UNOPPOSED EXTENSION OF TIME

Upon Motion of Counsel and for good cause shown this Court,

acting through its Clerk of Court as allowed by M. R. App. P.

26(1), hereby issues this Order granting Appellant an unopposed

30-day extension of time until August 22, 2021 in which to file

its initial Brief in this Matter.

Dated this 15th day of July, 2021.

Clerk of the Supreme Court